IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CANDACE WEEDA and CHET STROBBE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MOUNTAIN WEST FARM BUREAU and JOHN DOES insurer,<br><br>　　　　Defendants. | Cause No. CV-22-68-BMM<br><br><br>ORDER GRANTING JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE |

Upon stipulation of the parties hereto, and good cause appearing, the Court HEREBY ORDERS as follows:

The Joint Stipulated Motion to Dismiss with Prejudice is GRANTED.

This matter is DISMISSED with prejudice, each party shall bear their own costs and fees.

DATED this 10th day of August 2023.

_____
Brian Morris, Chief District Judge
United States District Court